THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAKE BAIJOT-CLARY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARTH HAYNES, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C12-1096-JCC<br><br>ORDER DISMISSING CASE |

Pursuant to the parties' stipulation and proposed order of dismissal (Dkt. No. 55), filed in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to CLOSE this case.

DATED this 21st day of November 2013.

_/s/ John C. Coughenour_
John C. Coughenour
UNITED STATES DISTRICT JUDGE